[No. 67558-3-I.   Division One.   January 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. OLIVER W. WEAVER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-05381-0, Sharon S. Armstrong, J., entered July 7, 2011. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Leach, C.J., concurred in by Schindler and Lau, JJ.

[No. 67889-2-I.   Division One.   January 21, 2014.]

*In the Matter of the Personal Restraint of* CHARLES MADU MOMAH, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Schindler, J.

[No. 68745-0-I.   Division One.   January 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. NORMA JUDITH DEDIOS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-07177-9, Harry J. McCarthy, J., entered March 2, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Cox, JJ.